PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kristopher Panichello-Schell          Case Number: A02CR0115

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:     April 24, 2003

Original Offense:              Theft of a Firearm from a Licensed Dealer, 18 USC 922(u) & 18 USC 2

Original Sentence:             78 months imprisonment and 3 years supervised release; drug treatment and testing; search seizure; mental health treatment; full financial disclosure; no new credit/debt; $2289.97 restitution.

Date Supervision Commenced: October 9, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

*Request for Modification of Conditions or Term*
*Name of Offender       :       Kristopher Panichello-Schell*
*Case Number            :       A02-CR-0115*

## CAUSE

The proposed modification for UA testing is sought in order to continue drug testing in compliance with U.S. v. Stephens, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

REDACTED SIGNATURE

Michael Pentangelo
Senior U.S. Probation Officer
Date: October 10, 2007

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

REDACTED SIGNATURE

John W. Sedwick
Chief U.S. District Court Judge
Date: 10-10-07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v. Kristopher Panichello-Schell**          Docket No. :02CR0115

    I, __Kristopher Panichello-Schell__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: _____          Date: 10/9/07
Kristopher Panichello-Schell
Probationer or Supervised Releasee

Witness: __REDACTED SIGNATURE__          Date: 10/3/07
Michael Pentangelo
Senior U.S. Probation Officer