NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No.  3:02-cr-00115-JWS |
| ) | |
| KRISTOPHER PANICHELLO-SCHELL, ) | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ) | |
| On Writ of Habeas Corpus ) | On Shortened Time |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

Kristopher Panichello-Schell, who is imprisoned by the State of Alaska Department of Corrections, at Anchorage Correctional Center-East, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Kristopher Panichello-Schell</u>, Case No. 3:02-cr-00115-JWS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

DATED: <u>May 6, 2008</u>

          NELSON P. COHEN
          United States Attorney

          <u>s/Frank V. Russo</u>
          FRANK V. RUSSO
          Assistant U. S. Attorney
          222 West 7th Ave., #9, Rm. 253
          Anchorage, AK 99513-7567
          Phone: (907) 271-5071
          Fax: (907) 271-1500
          E-mail: frank.russo@usdoj.gov