IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) Case No. 3:02-cr-00115-JWS )  )  ORDER FOR ISSUANCE OF |
| KRISTOPHER PANICHELLO-SCHELL, | ) WRIT OF HABEAS CORPUS ) AD PROSEQUENDUM ) |
| On Writ of Habeas Corpus | ) On Shortened Time |

On the Motion of Frank V. Russo, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring Kristopher Panichello-Schell, now being held at Anchorage Correctional Center-East, before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. Kristopher Panichello-Schell, Case No. 3:02-cr-00115-JWS, for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this _____ day of _____, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE