IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:02-cr-00115-JWS |
| KRISTOPHER PANICHELLO- ) | |
| SCHELL, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| ) | On Shortened Time |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of Kristopher Panichello-Schell,

by you imprisoned and detained as it is said, at Anchorage Correctional Center-

East, under safe and secure conduct, before the Judge of our District Court within

and for the District of Alaska, at Anchorage, Alaska, for scheduling an

arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States v. Kristopher Panichello-Schell</u>,

Case No. 3:02-cr-00115-JWS, now pending before said court, and that you return

said person to the State of Alaska Department of Corrections as soon as the case

may be disposed of, under safe and secure conduct.

       This is a continuing Writ on this date and such other times as the

court directs.

       WITNESS the Honorable Judge of the United States District Court of

the District of Alaska, at the Federal Building and U.S. Courthouse in the City of

Anchorage, Alaska on this _____ day of _____, 2008.


                IDA ROMACK
                CLERK, U.S. DISTRICT COURT


                By: _____
                     DEPUTY CLERK

2