```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. KRISTOPHER PANICHELLO-SCHELL
CASE NO. 3:02-CR-00115-01-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           MICHAEL DIENI - APPOINTED

U.S.P.O.:                       ERIC ODEGARD

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 142) HELD MAY 7, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:12 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant stated true name: same as above.

_X_ Defendant advised of general rights.

_X_ Financial Affidavit **FILED**. Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1-17 of the Petition to Revoke Supervised Release (DKT 142).

_X_ Matter is referred to U.S. District Judge for: Final Disposition Hearing

_X_ Defendant detained. Order of Detention Pending Trial **FILED.**

_X_ OTHER: Court and counsel heard re State of Alaska charges. Court ordered Plaintiff to file Amended Petition to Revoke Supervised Release on or before **May 30, 2008.** Court and counsel heard re defendant's Oral Motion to stay further proceedings until disposition of State of Alaska Charges; **GRANTED.**

At 11:29 a.m. court adjourned.

DATE:     May 7, 2008            DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07