AO 442   (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Kristopher Panichello-Schell | **WARRANT FOR ARREST**<br><br>Case Number: 3:02-cr-00115-JWS-1 |

**ORIGINAL RECEIVED MAY 13 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kristopher Panichello-Schell _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court
☐ Pretrial Release   ☐ Probation   ☒ Supervised Release   ☐ Violation Notice
   Violation Petition   Violation Petition   Violation

charging him or her with   (brief description of offense)

17 violations of the conditions of supervised release.

in violation of Title ___N/A___ United States Code, Section(s) ___N/A___

_____John W. Sedwick_____        **REDACTED SIGNATURE**
Name of Issuing Officer

Chief U.S. District Court Judge        4-28-08         Anchorage
Title of Issuing Officer               Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

EXECUTED ON WRIT

| DATE RECEIVED<br>04-29-08 | NAME AND TITLE OF ARRESTING OFFICER<br>EXECUTED ON WRIT | SIGNATURE OF ARRESTING OFFICER<br>[signature] SDUSM |
|---|---|---|
| DATE OF ARREST<br>05-07-08 | | |