```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  KRISTOPHER PANICHELLO-SCHELL
CASE NO.    3:02-CR-00115-01-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:      FRANK RUSSO

DEFENDANT'S ATTORNEY:         MICHAEL DIENI

U.S.P.O.:                     SCOTT KELLEY

PROCEEDINGS: INITIAL APPEARANCE ON SUPERSEDING PETITION TO REVOKE
             SUPERVISED RELEASE(DKT 152)HELD JUNE 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:35 p.m. court convened.

Copy of Superseding Petition to Revoke Supervised Release given to defendant: read.

Court and counsel heard re status of case and status of defendant's State Case; Court ordered plaintiff to file a Status Report on or before **July 7, 2008**.

Defendant's detention continued.

At 3:40 p.m. court adjourned.

DATE:      JUNE 3, 2008        DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07