NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 3:02-cr-00115-JWS-01 |
| ) | |
| Plaintiff,  ) | |
| ) | STATUS REPORT |
| vs.  ) | |
| ) | |
| KRISTOPHER PANICHELLO-  ) | |
| SCHELL,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

COMES NOW the United States of America, by and through undersigned counsel, and files with this Court a status report in the above-reference case.

According to Alaska state court records, the defendant is currently scheduled for trial on August 11, 2008. Accordingly, the government requests a date in late August in which to file an updated status report.

RESPECTFULLY SUBMITTED this 8th day of July, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on Jult 8, 2008, via ECF:

Michael Dieni

Executed at Anchorage, Alaska, on July 8, 2008.

s/Frank V. Russo
Office of the U.S. Attorney